IN THE UNITED STATES DISTRICT COURT

FOR WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

**PAULA S. SHOTWELL**

    Plaintiff,

Vs.                                  No. 09-2754-STA/dkv

**CITY OF MEMPHIS**

    Defendant,

---

**LETTER- TO CLERK- OF THE UNITED STATES DISTRICT COURT OF TENNESSEE at MEMPHIS [IN PURSUANT TO FED. R. CIV.P.45 (c) (2); RULE 45 (d) AND (e); Rule 45]**

---

Mr. Thomas M. Gould, Clerk

Of The United States District Court

Western District of Tennessee at Memphis


    I Paula Shotwell, Pro-Se litigant who has a trial pending in the Honorable above court Case No.09-2754-STA/diva, make this statement in regard to an application of Subpoena dukes talcum in pursuant to Fed.R.Civ.P., 45 (c) (2); Rule 45 (d) and (e); Rule 45, for admission to subpoena Mary Wooten employed ( City of Memphis- GAB)  a nonparty to this matter.

The Plaintiff is requesting that the court issue a subpoena duce tecum for Mary Wooten, of City of Memphis (GAB), located at 201 Poplar, Memphis, Tennessee, 38103

Who is a person whom has knowledge about the matter before the court?

The Plaintiff is praying to the court in pursuant to Fed.R.Civ.P. Title 28 Judiciary and Judicial Procedure and Federal Rules of Evidence in regard to in Formal Pauper's as to the appointment of an officer of deposition.

*Paula Shotwell*  2-1-2012

Paula S. Shotwell

## CERTIFICATION OF SERVICE

_____

I, Paula Shotwell hereby certify that this document has been hand delivered to the defendant attorney, Jill Madajczyk, City Hall, Room 336, 125 North Main Street, Memphis, Tennessee , 38103-2079 in according to Fed.R.Civ.P., Rule 5 on this  1  day of ~~January~~ February 2012

_____
Paula Shotwell