UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| PAULA SUE SHOTWELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 09-2754-STA-dkv |
| ) | |
| CITY OF MEMPHIS, ) | |
| ) | |
| Defendant. ) | |

---

### ORDER REGARDING MEDIATION

---

It has come to the Court's attention that the Scheduling Order in this case required the parties to engage in court-annexed attorney mediation or private mediation after the close of discovery. Additionally, the dispositive motion deadline has passed without filing any dispositive motions. The Court requires the parties to report to the Court on the record the outcome of their mediation. If the parties have engaged in mediation or ADR, within fourteen (14) days of entry of this Order, the parties are required to file a Notice on the record detailing (1) the name of their mediator; (2) when they attempted mediation; (3) the outcome of the mediation; and (4) whether a settlement conference conducted by a judicial officer would be beneficial.

If the parties have not yet engaged in mediation or ADR, within fourteen (14) days of entry of this Order, they are required to file a Notice on the record detailing (1) the name of their mediator; (2) the date upon which their mediation will occur; and (3) whether a settlement conference conducted by a judicial officer would be beneficial. Upon completion of the

mediation, the parties are required to file a Notice conforming to the four requirements listed above. If the parties do not believe that good cause exists for them to engage in mediation, the parties shall file a Notice on the record explaining their reasons for this belief within fourteen (14) days of entry of this Order.

    **IT IS SO ORDERED**.

    s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: May 24, 2012