IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **PAULA SUE SHOTWELL** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 09-2754-STA-dkv |
| ) | |
| **CITY OF MEMPHIS** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER GRANTING MOTION TO DISMISS FOR LACK OF PROSECUTION

Before the Court is Defendant City of Memphis' Motion to Dismiss with Supporting Memorandum (D.E. #46) filed July 30, 2012. For the reasons set forth in the motion and for good cause shown, the Motion to Dismiss is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(b), this action is hereby dismissed with prejudice for lack of prosecution.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:   October 12, 2012.